UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**NICOLAUS RICARD-TESSIER,**
**JOELLE RICARD-TESSIER,**
**DENISE VASSILATOR and**
**ADRIANNE WARD,** and all
similarly situated individuals, known
and unknown,

    Plaintiffs,

v.

**CONDUENT COMMERCIAL**
**SOLUTIONS, LLC**,
a Texas corporation,

    Defendant.

Case No. 3:20-cv-00354-FDW-DSC
Hon. Frank D. Whitney
Magistrate Judge David S. Cayer

_____

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Nicolaus Ricard-Tessier, Joelle Ricard-Tessier, Denise Vassilator, and Adrianne Ward, by and through their undersigned counsel, hereby notice the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of their dismissal of this action without prejudice. No court order is required as this dismissal does not resolve the claims, issues or defenses of a certified class. Each party is to bear their own attorneys' fees and costs.

Dated:   August 24, 2020						Respectfully submitted,

						*/s/James J. Mills*
						James J. Mills, NC Bar No. 36529
						BURNS, DAY & PRESNELL, P.A.
						2626 Glenwood Avenue, Suite 560
						Raleigh, North Carolina 27608
						919-782-1441
						jmills@bdppa.com

						Kevin J. Stoops
						Charles R. Ash
						Elaina S. Bailey
						SOMMERS SCHWARTZ, P.C.
						One Towne Square, Suite 1700
						Southfield, MI 48076
						248-355-0300
						kstoops@sommerspc.com
						crash@sommerspc.com
						ebailey@sommerspc.com

						*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 24, 2020, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

						*/s/James J. Mills*